

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 20, 2023

**BY ECF**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

ENDORSEMENT

The sentencing control date is adjourned until July 8, 2024.

*/s/ Naomi Reice Buchwald*, USDJ
December 21, 2023

Re: *United States v. Steven Teixeira*, 23 Cr. 312 (NRB)

Dear Judge Buchwald:

    The Government respectfully requests that the Court adjourn the sentencing control date that is currently scheduled for January 4, 2024, for a period of six months. The defendant's cooperation is ongoing, and the Government anticipates that it will continue for at least a period of six months. Defense counsel also consents to the adjournment request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     _____s/_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060