

# OBERHEIDEN P.C.
ATTORNEYS-AT-LAW

**FIRM ATTORNEYS**

**DR. NICK OBERHEIDEN**
*Managing Partner* - Wash. D.C., New York
**LYNETTE S. BYRD**
*Partner* - Texas
**PASCUAL C. MEYER**
*Partner* - Texas
**WILLIAM H. NEWMAN**
*Partner* - New York
**ELIZABETH K. STEPP**
*Partner* - New York, Texas
**ELLEN COMLEY**
*Senior Counsel* - Texas
**HON. BRIAN KUESTER**
*Senior Counsel* - Oklahoma
**PAUL STRICKLAND**
*Counsel* - California
**ALINA VENEZIANO**
*Counsel* - New York

**LOCAL COUNSEL**

**CAMERON J. BLAZER**
S. Carolina
**HON. JOE BROWN**
Texas
**ERICK CRUZ**
Florida
**KAMILLE DEAN**
Ariz., Utah, Cal., Minn., Col.
**JOANNE FINE DELENA**
Mass., Florida
**STEVEN DILLON**
Mass.
**TERRY C. FRANK**
Virginia, North Carolina
**JEFFREY HOWELL**
Florida
**SAMER B. KORKOR**
Washington D.C.
**DON A. LYKKEBAK**
Florida
**HON. AMANDA MARSHALL**
Oregon
**JOSEPH NASCIMENTO**
Florida
**PETER T. PHILLIPS**
S. Carolina
**KAREN PICKETT**
Mass.
**DAVID RABEN**
Florida
**MICHAEL A. RATAJ**
Michigan
**WILFRED S. RATTIGAN**
New York, Conn.
**JOSEPH J. REINKE**
Oklahoma
**JOHN W. SELLERS**
Maryland
**ANDRE SHRAMENKO**
New Jersey
**RICHARD T. SIMMONS**
Louisiana
**DANIEL A. SMITH**
Florida
**COREY STEINBERG**
Florida
**BILL TUNKEY**
Florida
**AARON L. WILEY**
Texas

440 LOUISIANA ST, SUITE 200
HOUSTON, TX 77002
WWW.FEDERAL-LAWYER.COM

February 27, 2024

**Via ECF and Fax**

The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:  U.S. v. Steven Teixeira*, 23-cr-312

Dear Judge Buchwald:

This firm represents Steven Teixeira.

I write to respectfully request that the Court amend the conditions of Mr. Teixeira's pretrial release that the Court ordered on June 29, 2023, as follows: that Mr. Teixeira be permitted to travel to the District of Connecticut to attend a friend's birthday party this weekend, from March 2 through March 3.

Both Pretrial Services and the government have informed me that they have no objection to this application.

Respectfully Submitted,

William H. Newman
OBERHEIDEN P.C., Counsel for Steven Teixeira

> Application granted. Travel details, including lodging, transportation, name of the friend, and address of the birthday party, should be provided to Pretrial Services.
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: February 28, 2024
>       New York, New York