

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

July 1, 2024

**BY ECF**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Steven Teixeira*, 23 Cr. 312 (NRB)

Dear Judge Buchwald:

The Government respectfully requests that the Court adjourn the sentencing control date that is currently scheduled for July 8, 2024, for a period of six months.  The defendant's cooperation is ongoing, and the Government anticipates that it will continue for at least a period of six months.  Defense counsel also consents to the adjournment request.

The control date is adjourned to January 8, 2025.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2024
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____s/_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060